UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| V. | ) | CAUSE NO. 1:16-cr- |
| KWAME ABDUL-HAQQ,<br>f/k/a Robert Borum | ) | 1:16-cr-0140 SEB -DML |
| Defendant. | ) |  |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-6 | 18 U.S.C. § 1343 WireFraud | 0-20 years | $250,000* | NMT 3 years |
| 7-8 | 18 U.S.C. § 1014 False Statement on Loan and Credit Applications | 0-30 years | $250.000* | NMT 3 years |
| 9 | 18 U.S.C. § 1623 False Declarations before the Court | 0-5 years | $250,000 | NMT 3 years |

Dated: _____    _____
                                  Kwame Abdul-Haqq
                                  Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana

* Fine: $250,000 or as an alternative maximum see 18 U.S.C. § 3571(d) – Alternative fine based on gain or loss. – If any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss, unless imposition of a fine under this subsection would unduly complicate or prolong the sentencing process.