UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-cr-0140-TWP-DML |
| | ) | |
| KWAME ABDUL-HAQQ, | ) | - 01 |
| Defendant. | ) | |

## SCHEDULING ORDER

The Court hereby sets the above cause of action for an initial hearing on the Indictment returned on July 6, 2016 for **July 21, 2016 at 1:30 p.m.** in courtroom 238 before the criminal duty magistrate judge.

**SO ORDERED** this 7th day of July, 2016.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the court's ECF system